GEORGE W. KAVANAUGH, Appellant, v. KAVANAUGH KNITTING Co.,

INC., and Others, Respondents.— Motion granted, and question certified as follows: Does the complaint state facts sufficient to constitute a cause of action?